*The Schenkel-Savitt Firm*

16 Buena Vista Drive
Hastings-on-Hudson, N.Y. 10706
(914)478-1480
(914)478-4934/Fx
sssavitt@optonline.net

November 24, 2008

David Stein, Esq.
Samuel & Stein
38 West 32nd Street
Suite 1210
New York, N.Y. 10001

    Re: Freddie Perez Jr. v. ZiP Aviation, LLC and Itai Shoshani
       08Civ8134(CS)

By Facsimile to 212-563-9870

Dear Mr. Stein:

The Court in the referenced matter has directed me to inform you that the Conference scheduled for November 25, 2008 at 10:00 has been rescheduled for December 18, 2008 at 9:30 AM.

Thank you for your attention to this matter.

Very Truly Yours,

Susan Schenkel-Savitt, Esq.

Cc: Honorable Cathy Seibel. U.S.D.J. (via Facsimile—914-390-4278)