

JAN-7-2009 16:40 FROM:SUSAN SAUITT       914-478-4934       TO:12125639870       P.2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**SAMUEL & STEIN**
David Stein (DS 2119)
Michael Samuel (MS 7997)
38 West 32nd Street
Suite 1210
New York, New York 10001
(212) 563-9884

**BERGER & ASSOCIATES**
Bradley Ian Berger (BB 1127)
321 Broadway
New York, New York 10007
(212) 571-1900

Attorneys for Plaintiff
Freddie Perez Jr.

| | |
|---|---|
| Freddie Perez Jr., <br><br> Plaintiff, <br><br> -- vs. -- <br><br> ZiP Aviation, LLC and Itai Shoshani, <br><br> Defendants. | INDEX NO. 08-CV-8134 (CS) <br><br> **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that, pursuant to the terms of the Settlement Agreement, the following action be discontinued with prejudice. Each party shall bear its own costs in this action.

Dated:    New York, New York
          December  7 , 2008 9
                    JANUARY

SAMUEL & STEIN                          THE SCHENKEL-SAVITT FIRM

By: _____           By: _____
David Stein (DS-2119)                   Susan Savitt ( SS 0417  )

*Attorneys for Plaintiff*                *Attorneys for Defendants*
38 W. 32nd St., Ste. 1210               16 Buena Vista Drive
New York, NY 10001                      Hastings-on-Hudson, NY 10706
(212) 563-9884                          (914) 478-1480

✓So Ordered: _____    ✓Dated: 1/14/09
                    U.S.D.J.                     White Plains, New York
             Hon. Cathy Seibel, USDJ